GUESS et al. v. SEAMAN.

No. 33410. July 9, 1948.

*196 P. 2d 683.*

B. C. Franklin and Harry Seaton, both of Tulsa, for plaintiffs in error.

George W. Reed, Jr., of Tulsa, for defendant in error.

PER CURIAM. After this proceeding was commenced to review the order and judgment of the trial court, the defendants in error filed a confession of error. Reversed.

HURST, C.J., DAVISON, V.C.J., and WELCH, CORN, GIBSON, and LUTTRELL, JJ., concur.